UNITED STATES DISTRICT COURT
SOUTHNERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

2007 OCT 10 AM 11: 18

CLERK_____
SO. DIST. OF GA.

ALVIN LAVON MOORE,

    Plaintiff,

v.                       407CV130

STATE OF GEORGIA, *et al.*,

    Defendants.

## ORDER

In a Report and Recommendation (R&R), the Magistrate Judge advises this Court to dismiss as baseless plaintiff Alvin Lavon Moore's Equal Pay Act, First Amendment (etc.)-based Complaint against the State of Georgia, among others. Doc. # 3. Finding Moore's entire case, as well as his Objections (doc. # 7) and motions (doc. ## 8, 10, 11, 12), completely baseless, the Court ***ADOPTS*** the R&R as its own and ***DISMISSES WITH PREJUDICE*** Alvin Lavon Moore's Complaint.

This _10_ day of October, 2007.

_/s/ B. Avant Edenfield_
B. AVANT EDENFIELD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA